Helen Wong, SBN 210169
Law Offices of Helen Wong, APC
17875 Von Karman Avenue, Suite 150a
Irvine, CA 92614
Tel: 949-264 1618
Email: helenwong.law@gmail.com

Attorney for Plaintiff Bestone Int'l, Inc., a California Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11985-SC |
|     Joon Kang, ) | |
| | Chapter 7 |
|       Debtor. ) | |
| _____ ) | Adv. No. |
| Bestone Int'l, Inc., a California ) Corporation; ) | COMPLAINT TO DETERMINE THE NON-DISCHARGEABILITY OF THE DEBT |
|     Plaintiff, ) | |
|     vs. ) | [11 U.S.C.S. §523 (a)(2)&(6)] |
| Joon Kang, an individual, and Does ) 1 through 10, Inclusive, ) | |
|     Defendants. ) | |
| _____ ) | JURY TRIAL DEMANDED |

COME NOW, PLAINTIFF BESTONE INT'L, INC., A CALIFORNIA

CORPORATION, ALLEGES AS FOLLOWS:

- 1 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

## JURISDICTION AND VENUE

1. This case is a core-proceeding pursuant to 28 U.S.C. §§157(b)(2).

2. This Court has jurisdiction over this core-proceeding pursuant to 28 U.S.C. §§157(a)&(b) and 1334.

3. Venue is proper pursuant to 28 U.S.C. §1409 because this proceeding arises under Title 11 of the United States Code, and is related to the bankruptcy case *In re: Joon Kang,* case no. 8:23-bk-11985-SC which is pending in this Court.

## PARTIES

4. At all times herein mentioned, Plaintiff Bestone Int'l, Inc. ("Plaintiff") was and is an entity existing and authorized to conduct business in the State of California.

5. At all times herein mentioned, Defendant Joon Kang ("Defendant") was and is an individual residing in the County of Orange, the State of California.

6. At all times herein mentioned, Defendant Kang was and is in the business of marketing sanitary spray bottles ("the Bottles").

7. Defendants DOES 1 through 10, inclusive, are sued hereunder by fictitious names because their true names and capacities are unknown to Plaintiff at this time.  Plaintiff will amend this Complaint to substitute the true name and capacity of each DOE Defendant when the same is ascertained.

- 2 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

8.  Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned, Defendant Joon Kang and DOES 1 through 10, inclusive, and each of them, were the agents, representatives, servants and employees of each of the remaining Defendants, and in performing the acts hereinafter set forth, did so, with the knowledge and consent of each of the remaining Defendants and within the course and scope of said agency, servitude, representative capacity and employment.

9.  Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants is legally responsible for the damages to Plaintiff hereinafter set forth.

## **STATEMENT OF FACTS**

10. Plaintiff refers to paragraphs 1 through 9 of the Complaint and incorporates them by this reference as if they were fully set forth herein.

11. On or about August 30,2020, Plaintiff agreed to lease its warehouse to Defendant Kang for Defendant Kang to store the Bottles.  The Bottles were placed on pallets and the parties agreed that the storage fee would be billed at the rate of one dollar per pallet per day.  The payment is due when Plaintiff issues the invoice to Defendant Kang at the beginning of each month.

12. Defendant Kang started to store the Bottles in Plaintiff's warehouse on August 30, 2020.

- 3 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

13. From August 30,2020 to December 31, 2021, Defendant Kang only made four (4) payments in the total amount of $19,500.00.  The last payment was made on November 18, 2020.   Defendant Kang had at all time relevant here stored 277 pallets of Bottles in Plaintiff's warehouse.

14. Since Defendant Kang started to default on his obligation to pay, Plaintiff has repeatedly requested that Defendant Kang pay the storage fees he owed. However, Defendant Kang only kept promising to Plaintiff that he would pay but never made any payments.

15. On or about December 17, 2021, Defendant Kang paid $300.00 in cash when he went to Plaintiff's warehouse and retrieved several bottles as samples.

16. The unpaid balance of the storge fee was $119,944.40 as of December 31, 2021.  A true and correct copy of the storage bills ending December 31,2021 is attached hereto as Exhibit A.

17. On or about January 25, 2022, Plaintiff sent Defendant Kang a formal notice that the Bottles would be disposed pursuant to section 1993.07 of the California Civil Code if Defendant Kang did not pay the owed storage fee in full by February 25, 2022.

18. Defendant Kang did not make any payment after this Notice.

19. On or about March 28, 2022, Plaintiff informed Defendant Kang that he could pick up the Bottles from Plaintiff's warehouse and that Plaintiff would seek to

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

recover unpaid storage fees in court.

20. Defendant Kang still failed and refused to pick up the Bottles.

21. On August 31,2022, Plaintiff again notified Defendant to pick up the Bottles

by September 5,2022.  Plaintiff also warned Defendant that Plaintiff reserves

the right to charge Defendant for all costs incurred for the disposal of the

Bottles if they are not picked up by September 5,2022.

22. On September 2,2022, Defendant advised Plaintiff that Plaintiff was the owner

of the Bottles and Plaintiff could toss them out.

23. As of the date of this Complaint, Plaintiff still has not received any payment

from Defendant.

## **FIRST CLAIM FOR RELIEF**

### **[Non-Dischargeability Pursuant to 11 U.S.C. §523(a)(2)]**

24. Plaintiff refers to paragraphs 1 through 9, and paragraphs 11 through 23 of the

Complaint and incorporates them by this reference as if they were fully set

forth herein.

25. Defendant Kang deliberately used the company named Warranty Refund, Inc.

in his communication with Plaintiff when the parties discussed the storage fee

in August 2020.

26.  Defendant Kang also used the company named Warranty Refund LLC when

he made a partial payment to Plaintiff in September and October 2020.

- 5 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

27. Plaintiff has now learned that Warranty Refund, Inc. was dissolved in November 2013, seven (7) years prior to the parties' discussions about the storage of Defendant's Bottles.   Defendant Kang was listed as the company's CEO in the Statement of Information on file with the Secretary of the state of California.

28. In addition, Plaintiff is informed and believes that Warranty Refund LLC never existed.

29. Defendant Kang purposely used a dissolved company's name and a nonexistent company in his communications with Plaintiff so that Plaintiff would attach more credibility and legitimacy to Defendant Kang and his business.

30. Defendant Kang intentionally and actively concealed the foregoing material facts from Plaintiff.

31. Defendant Kang has a duty to disclose the foregoing material facts to Plaintiff because the parties were negotiating a business transaction and Defendant Kang has the exclusive knowledge of the foregoing material facts not known to Plaintiff.

32. Defendant Kang's foregoing written representations along his oral promise to pay for the storage fees to Plaintiff are false.

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

33. Defendant Kang knew the falsity of these representations at the time when he made these representations.

34. Defendant Kang made these material misrepresentations with the specific intent to induce Plaintiff to conduct business with him and allow him to keep the Bottles in Plaintiff's warehouse.

35. Defendant Kang did not intend to perform when he promised to pay Plaintiff.

36. Plaintiff reasonably relied on Defendant Kang's misrepresentation and promise and allowed Defendant to store the Bottles in its warehouse.

37. Plaintiff would never have agreed to allow Defendant Kang to keep the Bottles in its warehouse had Plaintiff known of Defendant Kang's foregoing misrepresentations or concealment and false intent.

38. As a direct and proximate result of Defendant Kang's misrepresentation and concealment, Plaintiff sustained damages in the amount of $119,944.00 excluding interest.

39. Defendant Kang's conduct is wanton, malicious, oppressive and despicable thus justifies punitive damages.

40. In view of the foregoing, this debt owed to Plaintiff by Defendant is not dischargeable under 11 523(a)(2) because Defendant obtained the benefit from Plaintiff by false representation and actual fraud.

- 7 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

## SECOND CLAIM FOR RELIEF

### [Non-Dischargeability Pursuant to 11 U.S.C. §523(a)(6)]

41. Plaintiff refers to paragraphs 1 through 9, paragraphs 11 through 23, and paragraphs 25 through 39 of the Complaint and incorporates them by this reference as if they were fully set forth herein.

42. Plaintiff never agreed to store the Bottles for Defendant Kang free without charge.

43. Plaintiff only agreed to store the Bottles at the rate of one dollar per pallet per day.

44. Defendant Kang had been using Plaintiff's warehouse to store 277 pallets of Bottles for free from August 2020 through September 2022.

45. Defendant continuously and repeatedly made false statements and false promises to Plaintiff throughout this period of time.

46. As of the date of this Complaint, Defendant still has not paid Plaintiff for the debt he owed.

47. Defendant had been unjustly enriched at the great financial expense of Plaintiff.

48. In view of the foregoing, this debt owed to Plaintiff by Defendants is not dischargeable under 11 523(a)(6) because Defendants caused willful and malicious injury to Plaintiff.

- 8 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

WHEREFORE, PLAINTIFF PRAYS FOR THE JUDGMENT AGAINST

DEFENDANT AS FOLLOWS:

1.  Declaring that Defendant's indebtedness to Plaintiff in an amount to be

    determined is non-dischargeable pursuant to 11 U.S.C. §523(a)(2)

    and/or (6);

2.  Issuing a Judgment in favor of Plaintiff and against Defendant in an amount

    to be determined, including without limitation, the punitive damages, pre-

    judgment interest and post-judgment interest as provided by law, and

    reasonable attorney's fees and costs incurred by Plaintiff in this action; and

3.  For such and further relief as the Court deems proper.


Dated: December 1,2023                        Law Offices of Helen Wong


                                             By: /s/Helen Wong_____
                                                 Helen Wong, Attorney for
                                                 Plaintiff Bestone Int'l, Inc.

- 9 -

COMPLAINT TO DETERMINE THE NON- DISCHARGEABILITY OF DEBT

# EXHIBIT A

## Bestone Inc

petern Ct.Chino

DATE:            09/2020

**Bill To: joon**
**Member:**

| date | in/out | products | truck | palltes | | paid | balance |
|------|--------|----------|-------|---------|-----|------|---------|
| 8/30/2020 | in | bottle | 12 | 233 | 233 | | |
| 31–8月 | in | bottle | 4 | 88 | 321 | | |
| 1–9月 | out | bottle | 1 | 22 | 299 | | |
| 3–9月 | out | bottle | 2 | 44 | 255 | | |
| 5–9月 | in | bottle | 1 | 22 | 277 | | |
| 6–9月 | | bottle | | | 277 | | |
| 7–9月 | | bottle | | | 277 | | |
| 17*300=5100 | | bottle | | | 5100 | | |
| TOTAL | | bottle | | | 7039 | | |
| paid | | bottle | | | | 1000 | |
| balance | | bottle | | | 6039 | | |
| | | | | | | 6000 | 39 |

# Bestone Inc

betern Ct.Chino

DATE:              09/2020

INVOICE #      0902 DUE DATE: 2020/09/20

**Bill To: joon
Member:**

| date | | products | truck | palltes | balance | Total |
|------|---|----------|-------|---------|---------|-------|
| 8-9月 | | bottle | | 277 | | |
| 9-9月 | | bottle | | 277 | | |
| 10-9月 | | bottle | | 277 | | |
| 11-9月 | | bottle | | 277 | | |
| 12-9月 | | bottle | | 277 | | |
| 13-9月 | | bottle | | 277 | | |
| 14-9月 | | bottle | | 277 | | |
| 15-9月 | | bottle | | 277 | | |
| 16-9月 | | bottle | | 277 | | |
| 17-9月 | | bottle | | 277 | | |
| 18-9月 | | bottle | | 277 | | |
| 19-9月 | | bottle | | 277 | | |
| 20-9月 | | bottle | | 277 | | |
| 21-9月 | | bottle | | 277 | | |
| 22-9月 | | bottle | | 277 | | |
| 23-9月 | | bottle | | 277 | | |
| 24-9月 | | bottle | | 277 | | |
| 25-9月 | | bottle | | 277 | | |
| balance | | | | 4986 | | |
| Discount | | | | 600 | | |
| | | | | | 4386 | |
| | | | | | 39 | 4425 |

# Bestone Inc

## 5780 Soetern Ct.Chino

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| 4425 | | | | | | | |
| | 10. 2 | | | | 3500 | 925 | |
| | 26-9月 | bottle | | 277 | | | |
| | 27-9月 | bottle | | 277 | | | |
| | 28-9月 | bottle | | 277 | | | |
| | 29-9月 | bottle | | 277 | | | |
| | 30-9月 | bottle | | 277 | | | |
| | 1-10月 | bottle | | 277 | | | |
| | 2-10月 | bottle | | 277 | | | |
| | 3-10月 | bottle | | 277 | | | |
| | 4-10月 | bottle | | 277 | | | |
| | 5-10月 | bottle | | 277 | | | |
| | 6-10月 | bottle | | 277 | | | |
| | 7-10月 | bottle | | 277 | | | |
| | 8-10月 | bottle | | 277 | | | |
| | | | | | | 3601 | 4526 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Bestone Inc

## 5780 Soetern Ct.Chino

**Bill To: joon Member:**

|  | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| 4526 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | 9−10月 | bottle |  | 277 |  |  |  |
|  | 10−10月 | bottle |  | 277 |  |  |  |
|  | 11−10月 | bottle |  | 277 |  |  |  |
|  | 12−10月 | bottle |  | 277 |  |  |  |
|  | 13−10月 | bottle |  | 277 |  |  |  |
|  | 14−10月 | bottle |  | 277 |  |  |  |
|  | 15−10月 | bottle |  | 277 |  |  |  |
|  | 16−10月 | bottle |  | 277 |  |  |  |
|  | 17−10月 | bottle |  | 277 |  |  |  |
|  | 18−10月 | bottle |  | 277 |  |  |  |
|  |  |  |  |  |  | 2770 | 7296 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## Bestone Inc

## 5780 Soetern Ct.Chino

**Bill To: joon**
**Member:**

|  | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| 7296 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | 19-10月 | bottle |  | 277 |  |  |  |
|  | 20-10月 | bottle |  | 277 |  |  |  |
|  | 21-10月 | bottle |  | 277 |  |  |  |
|  | 22-10月 | bottle |  | 277 |  |  |  |
|  | 23-10月 | bottle |  | 277 |  |  |  |
|  | 24-10月 | bottle |  | 277 |  |  |  |
|  | 25-10月 | bottle |  | 277 |  |  |  |
|  | 26-10月 | bottle |  | 277 |  |  |  |
|  | 27-10月 | bottle |  | 277 |  |  |  |
|  | 28-10月 | bottle |  | 277 |  |  |  |
|  | 29-10月 | bottle |  | 277 |  |  |  |
|  | 30-10月 | bottle |  | 277 |  |  |  |
|  |  |  |  |  |  | 3324 | 10620 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## Bestone Inc

## 5780 Soetern Ct.Chino

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| 10620 | | | | | | | |
| | | | | | | | |
| | 31-10月 | bottle | | 277 | | | |
| | 1-11月 | bottle | | 277 | | | |
| | 2-11月 | bottle | | 277 | | | |
| | 3-11月 | bottle | | 277 | | | |
| | 4-11月 | bottle | | 277 | | | |
| | 5-11月 | bottle | | 277 | | | |
| | 6-11月 | bottle | | 277 | | | |
| | 7-11月 | bottle | | 277 | | | |
| | 8-11月 | bottle | | 277 | | | |
| | 9-11月 | bottle | | 277 | | | |
| | 10-11月 | bottle | | 277 | | 3047 | |
| | | | | | | | |
| | | | | | | | 13667 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Bestone Inc

**Bill To: joon**
**Member:**

| 13667 | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| | 11–11月 | bottle | | 277 | | | |
| | 12–11月 | bottle | | 277 | | | |
| | 13–11月 | bottle | | 277 | | | |
| | 14–11月 | bottle | | 277 | | | |
| | 15–11月 | bottle | | 277 | | | |
| | 16–11月 | bottle | | 277 | | | |
| | 17–11月 | bottle | | 277 | | | |
| | 18–11月 | bottle | | 277 | | | |
| | 19–11月 | bottle | | 277 | | | |
| | 20–11月 | bottle | | 277 | | | |
| | 21–11月 | bottle | | 277 | | | |
| | 22–11月 | bottle | | 277 | | | |
| | 23–11月 | bottle | | 277 | | | |
| | 24–11月 | bottle | | 277 | | 3878 | 17545 |
| | | | | | | | |
| | | | | | | | |

Since you did not make the payment for one month,you have to make perpay for your warehouseing.

If you do not make the payments which is 17545 dollars before 11/20,we will no longer keep your bottles in my warehouse.

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | PAID | balance | Total |
|---|---|---|---|---|---|---|---|
| 17545 | | | | | | | |
| | 11. 18 | | | | 9000 | 8545 | |
| | 25-11月 | bottle | | 277 | | | |
| | 26-11月 | bottle | | 277 | | | |
| | 27-11月 | bottle | | 277 | | | |
| | 28-11月 | bottle | | 277 | | | |
| | 29-11月 | bottle | | 277 | | | |
| | 30-11月 | bottle | | 277 | | | |
| | 1-12月 | bottle | | 277 | | | |
| | 2-12月 | bottle | | 277 | | | |
| | 3-12月 | bottle | | 277 | | | |
| | 4-12月 | bottle | | 277 | | | |
| | 5-12月 | bottle | | 277 | | | |
| | 6-12月 | bottle | | 277 | | | |
| | 7-12月 | bottle | | 277 | | | |
| | 8-12月 | bottle | | 277 | | 3878 | 12423 |
| | | | | | | | |

Since you did not make the payment for one month,you have to make perpay for your warehouseing.
If you do not make the payments which is 17545 dollars before 11/20,we will no longer keep your bottles in my warehouse.

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance |
|---|---|---|---|---|---|---|
| 12423 | | | | | | |
| | 9-12月 | bottle | | 277 | | |
| | 10-12月 | bottle | | 277 | | |
| | 11-12月 | bottle | | 277 | | |
| | 12-12月 | bottle | | 277 | | |
| | 13-12月 | bottle | | 277 | | |
| | 14-12月 | bottle | | 277 | | |
| | 15-12月 | bottle | | 277 | | |
| | 16-12月 | bottle | | 277 | | |
| | 17-12月 | bottle | | 277 | | |
| | 18-12月 | bottle | | 277 | | |
| | 19-12月 | bottle | | 277 | | |
| | 20-12月 | bottle | | 277 | | |
| | 21-12月 | bottle | | 277 | | |
| | 22-12月 | bottle | | 277 | | |
| | 23-12月 | bottle | | 277 | | |
| | 24-12月 | bottle | | 277 | | |
| | 25-12月 | bottle | | 277 | | |
| | 26-12月 | bottle | | 277 | | |
| | 27-12月 | bottle | | 277 | | |
| | 28-12月 | bottle | | 277 | | |
| | 29-12月 | bottle | | 277 | | |
| | 30-12月 | bottle | | 277 | | |
| | 31-12月 | bottle | | 277 | 6371 | 18794 |

# Bestone Inc

**Bill To: joon
Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 18794 | | | | | | 18794 | |
| | 1–1月 | bottle | | 277 | | | |
| | 2–1月 | bottle | | 277 | | | |
| | 3–1月 | bottle | | 277 | | | |
| | 4–1月 | bottle | | 277 | | | |
| | 5–1月 | bottle | | 277 | | | |
| | 6–1月 | bottle | | 277 | | | |
| | 7–1月 | bottle | | 277 | | | |
| | 8–1月 | bottle | | 277 | | | |
| | 9–1月 | bottle | | 277 | | | |
| | 10–1月 | bottle | | 277 | | | |
| | 11–1月 | bottle | | 277 | | | |
| | 12–1月 | bottle | | 277 | | | |
| | 13–1月 | bottle | | 277 | | | |
| | 14–1月 | bottle | | 277 | | | |
| | 15–1月 | bottle | | 277 | | | |
| | 16–1月 | bottle | | 277 | | | |
| | 17–1月 | bottle | | 277 | | | |
| | 18–1月 | bottle | | 277 | | | |
| | 19–1月 | bottle | | 277 | | | |
| | 20–1月 | bottle | | 277 | | | |
| | 21–1月 | bottle | | 277 | | | |
| | 22–1月 | bottle | | 277 | | | |
| | 23–1月 | bottle | | 277 | | | |
| | 24–1月 | bottle | | 277 | | | |
| | 25–1月 | bottle | | 277 | | | |
| | 26–1月 | bottle | | 277 | | | |
| | 27–1月 | bottle | | 277 | | | |
| | 28–1月 | bottle | | 277 | | | |
| | 29–1月 | bottle | | 277 | | | |
| | 30–1月 | bottle | | 277 | | | |
| | 31–1月 | bottle | | 277 | 8587 | | 27381 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 27381 | | | | | | 27381 | |
| | 2020.2.1 | bottle | | 277 | | | |
| | 2020.2.2 | bottle | | 277 | | | |
| | 2020.2.3 | bottle | | 277 | | | |
| | 2020.2.4 | bottle | | 277 | | | |
| | 2020.2.5 | bottle | | 277 | | | |
| | 2020.2.6 | bottle | | 277 | | | |
| | 2020.2.7 | bottle | | 277 | | | |
| | 2020.2.8 | bottle | | 277 | | | |
| | 2020.2.9 | bottle | | 277 | | | |
| | 2020.2.10 | bottle | | 277 | | | |
| | 2020.2.11 | bottle | | 277 | | | |
| | 2020.2.12 | bottle | | 277 | | | |
| | 2020.2.13 | bottle | | 277 | | | |
| | 2020.2.14 | bottle | | 277 | | | |
| | 2020.2.15 | bottle | | 277 | | | |
| | 2020.2.16 | bottle | | 277 | | | |
| | 2020.2.17 | bottle | | 277 | | | |
| | 2020.2.18 | bottle | | 277 | | | |
| | 2020.2.19 | bottle | | 277 | | | |
| | 2020.2.20 | bottle | | 277 | | | |
| | 2020.2.21 | bottle | | 277 | | | |
| | 2020.2.22 | bottle | | 277 | | | |
| | 2020.2.23 | bottle | | 277 | | | |
| | 2020.2.24 | bottle | | 277 | | | |
| | 2020.2.25 | bottle | | 277 | | | |
| | 2020.2.26 | bottle | | 277 | | | |
| | 2020.2.27 | bottle | | 277 | | | |
| | 2020.2.28 | bottle | | 277 | | | |
| | | | | | 7756 | | 35137 |
| | | | | | | | |
| | | | | | | | |

# Bestone Inc

**Bill To: joon
Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 35137 | | | | | | 35137 | |
| | 2020.3.1 | bottle | | 277 | | | |
| | 2020.3.2 | bottle | | 277 | | | |
| | 2020.3.3 | bottle | | 277 | | | |
| | 2020.3.4 | bottle | | 277 | | | |
| | 2020.3.5 | bottle | | 277 | | | |
| | 2020.3.6 | bottle | | 277 | | | |
| | 2020.3.7 | bottle | | 277 | | | |
| | 2020.3.8 | bottle | | 277 | | | |
| | 2020.3.9 | bottle | | 277 | | | |
| | 2020.3.10 | bottle | | 277 | | | |
| | 2020.3.11 | bottle | | 277 | | | |
| | 2020.3.12 | bottle | | 277 | | | |
| | 2020.3.13 | bottle | | 277 | | | |
| | 2020.3.14 | bottle | | 277 | | | |
| | 2020.3.15 | bottle | | 277 | | | |
| | 2020.3.16 | bottle | | 277 | | | |
| | 2020.3.17 | bottle | | 277 | | | |
| | 2020.3.18 | bottle | | 277 | | | |
| | 2020.3.19 | bottle | | 277 | | | |
| | 2020.3.20 | bottle | | 277 | | | |
| | 2020.3.21 | bottle | | 277 | | | |
| | 2020.3.22 | bottle | | 277 | | | |
| | 2020.3.23 | bottle | | 277 | | | |
| | 2020.3.24 | bottle | | 277 | | | |
| | 2020.3.25 | bottle | | 277 | | | |
| | 2020.3.26 | bottle | | 277 | | | |
| | 2020.3.27 | bottle | | 277 | | | |
| | 2020.3.28 | bottle | | 277 | | | |
| | 2020.3.29 | bottle | | 277 | | | |
| | 2020.3.30 | bottle | | 277 | | | |
| | 2020.3.31 | bottle | | 277 | | | |
| | | | | | 8578 | 35137 | 43715 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 43715 | | | | | | 43715 | |
| | 2021.4.1 | bottle | | 277 | | | |
| | 2021.4.2 | bottle | | 277 | | | |
| | 2021.4.3 | bottle | | 277 | | | |
| | 2021.4.4 | bottle | | 277 | | | |
| | 2021.4.5 | bottle | | 277 | | | |
| | 2021.4.6 | bottle | | 277 | | | |
| | 2021.4.7 | bottle | | 277 | | | |
| | 2021.4.8 | bottle | | 277 | | | |
| | 2021.4.9 | bottle | | 277 | | | |
| | 2021.4.10 | bottle | | 277 | | | |
| | 2021.4.11 | bottle | | 277 | | | |
| | 2021.4.12 | bottle | | 277 | | | |
| | 2021.4.13 | bottle | | 277 | | | |
| | 2021.4.14 | bottle | | 277 | | | |
| | 2021.4.15 | bottle | | 277 | | | |
| | 2021.4.16 | bottle | | 277 | | | |
| | 2021.4.17 | bottle | | 277 | | | |
| | 2021.4.18 | bottle | | 277 | | | |
| | 2021.4.19 | bottle | | 277 | | | |
| | 2021.4.20 | bottle | | 277 | | | |
| | 2021.4.21 | bottle | | 277 | | | |
| | 2021.4.22 | bottle | | 277 | | | |
| | 2021.4.23 | bottle | | 277 | | | |
| | 2021.4.24 | bottle | | 277 | | | |
| | 2021.4.25 | bottle | | 277 | | | |
| | 2021.4.26 | bottle | | 277 | | | |
| | 2021.4.27 | bottle | | 277 | | | |
| | 2021.4.28 | bottle | | 277 | | | |
| | 2021.4.29 | bottle | | 277 | | | |
| | 2021.4.30 | bottle | | 277 | | | |
| | | | | | 8310 | 43715 | 52025 |

# Bestone Inc

**Bill To: joon
Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 52025 | | | | | | 52025 | |
| | 2021.5.1 | bottle | | 277 | | | |
| | 2021.5.2 | bottle | | 277 | | | |
| | 2021.5.3 | bottle | | 277 | | | |
| | 2021.5.4 | bottle | | 277 | | | |
| | 2021.5.5 | bottle | | 277 | | | |
| | 2021.5.6 | bottle | | 277 | | | |
| | 2021.5.7 | bottle | | 277 | | | |
| | 2021.5.8 | bottle | | 277 | | | |
| | 2021.5.9 | bottle | | 277 | | | |
| | 2021.5.10 | bottle | | 277 | | | |
| | 2021.5.11 | bottle | | 277 | | | |
| | 2021.5.12 | bottle | | 277 | | | |
| | 2021.5.13 | bottle | | 277 | | | |
| | 2021.5.14 | bottle | | 277 | | | |
| | 2021.5.15 | bottle | | 277 | | | |
| | 2021.5.16 | bottle | | 277 | | | |
| | 2021.5.17 | bottle | | 277 | | | |
| | 2021.5.18 | bottle | | 277 | | | |
| | 2021.5.19 | bottle | | 277 | | | |
| | 2021.5.20 | bottle | | 277 | | | |
| | 2021.5.21 | bottle | | 277 | | | |
| | 2021.5.22 | bottle | | 277 | | | |
| | 2021.5.23 | bottle | | 277 | | | |
| | 2021.5.24 | bottle | | 277 | | | |
| | 2021.5.25 | bottle | | 277 | | | |
| | 2021.5.26 | bottle | | 277 | | | |
| | 2021.5.27 | bottle | | 277 | | | |
| | 2021.5.28 | bottle | | 277 | | | |
| | 2021.5.29 | bottle | | 277 | | | |
| | 2021.5.30 | bottle | | 277 | | | |
| | 2021.5.31 | | | 277 | | | |
| | | | | | 8587 | 52025 | 60612 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 60612 | | | | | | 60612 | |
| | 2021.6.1 | bottle | | 277 | | | |
| | 2021.6.2 | bottle | | 277 | | | |
| | 2021.6.3 | bottle | | 277 | | | |
| | 2021.6.4 | bottle | | 277 | | | |
| | 2021.6.5 | bottle | | 277 | | | |
| | 2021.6.6 | bottle | | 277 | | | |
| | 2021.6.7 | bottle | | 277 | | | |
| | 2021.6.8 | bottle | | 277 | | | |
| | 2021.6.9 | bottle | | 277 | | | |
| | 2021.6.10 | bottle | | 277 | | | |
| | 2021.6.11 | bottle | | 277 | | | |
| | 2021.6.12 | bottle | | 277 | | | |
| | 2021.6.13 | bottle | | 277 | | | |
| | 2021.6.14 | bottle | | 277 | | | |
| | 2021.6.15 | bottle | | 277 | | | |
| | 2021.6.16 | bottle | | 277 | | | |
| | 2021.6.17 | bottle | | 277 | | | |
| | 2021.6.18 | bottle | | 277 | | | |
| | 2021.6.19 | bottle | | 277 | | | |
| | 2021.6.20 | bottle | | 277 | | | |
| | 2021.6.21 | bottle | | 277 | | | |
| | 2021.6.22 | bottle | | 277 | | | |
| | 2021.6.23 | bottle | | 277 | | | |
| | 2021.6.24 | bottle | | 277 | | | |
| | 2021.6.25 | bottle | | 277 | | | |
| | 2021.6.26 | bottle | | 277 | | | |
| | 2021.6.27 | bottle | | 277 | | | |
| | 2021.6.28 | bottle | | 277 | | | |
| | 2021.6.29 | bottle | | 277 | | | |
| | 2021.6.30 | bottle | | 277 | | | |
| | | | | | 8310 | 60612 | 68922 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 68922 | | | | | | 68922 | |
| | 2021.7.1 | bottle | | 277 | | | |
| | 2021.7.2 | bottle | | 277 | | | |
| | 2021.7.3 | bottle | | 277 | | | |
| | 2021.7.4 | bottle | | 277 | | | |
| | 2021.7.5 | bottle | | 277 | | | |
| | 2021.7.6 | bottle | | 277 | | | |
| | 2021.7.7 | bottle | | 277 | | | |
| | 2021.7.8 | bottle | | 277 | | | |
| | 2021.7.9 | bottle | | 277 | | | |
| | 2021.7.10 | bottle | | 277 | | | |
| | 2021.7.11 | bottle | | 277 | | | |
| | 2021.7.12 | bottle | | 277 | | | |
| | 2021.7.13 | bottle | | 277 | | | |
| | 2021.7.14 | bottle | | 277 | | | |
| | 2021.7.15 | bottle | | 277 | | | |
| | 2021.7.16 | bottle | | 277 | | | |
| | 2021.7.17 | bottle | | 277 | | | |
| | 2021.7.18 | bottle | | 277 | | | |
| | 2021.7.19 | bottle | | 277 | | | |
| | 2021.7.20 | bottle | | 277 | | | |
| | 2021.7.21 | bottle | | 277 | | | |
| | 2021.7.22 | bottle | | 277 | | | |
| | 2021.7.23 | bottle | | 277 | | | |
| | 2021.7.24 | bottle | | 277 | | | |
| | 2021.7.25 | bottle | | 277 | | | |
| | 2021.7.26 | bottle | | 277 | | | |
| | 2021.7.27 | bottle | | 277 | | | |
| | 2021.7.28 | bottle | | 277 | | | |
| | 2021.7.29 | bottle | | 277 | | | |
| | 2021.7.30 | bottle | | 277 | | | |
| | 2021.7.31 | bottle | | 277 | | | |
| | | | | | 8587 | 68922 | 77509 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 77509 | | | | | | 77509 | |
| | 2021.8.1 | bottle | | 277 | | | |
| | 2021.8.2 | bottle | | 277 | | | |
| | 2021.8.3 | bottle | | 277 | | | |
| | 2021.8.4 | bottle | | 277 | | | |
| | 2021.8.5 | bottle | | 277 | | | |
| | 2021.8.6 | bottle | | 277 | | | |
| | 2021.8.7 | bottle | | 277 | | | |
| | 2021.8.8 | bottle | | 277 | | | |
| | 2021.8.9 | bottle | | 277 | | | |
| | 2021.8.10 | bottle | | 277 | | | |
| | 2021.8.11 | bottle | | 277 | | | |
| | 2021.8.12 | bottle | | 277 | | | |
| | 2021.8.13 | bottle | | 277 | | | |
| | 2021.8.14 | bottle | | 277 | | | |
| | 2021.8.15 | bottle | | 277 | | | |
| | 2021.8.16 | bottle | | 277 | | | |
| | 2021.8.17 | bottle | | 277 | | | |
| | 2021.8.18 | bottle | | 277 | | | |
| | 2021.8.19 | bottle | | 277 | | | |
| | 2021.8.20 | bottle | | 277 | | | |
| | 2021.8.21 | bottle | | 277 | | | |
| | 2021.8.22 | bottle | | 277 | | | |
| | 2021.8.23 | bottle | | 277 | | | |
| | 2021.8.24 | bottle | | 277 | | | |
| | 2021.8.25 | bottle | | 277 | | | |
| | 2021.8.26 | bottle | | 277 | | | |
| | 2021.8.27 | bottle | | 277 | | | |
| | 2021.8.28 | bottle | | 277 | | | |
| | 2021.8.29 | bottle | | 277 | | | |
| | 2021.8.30 | bottle | | 277 | | | |
| | 2021.8.31 | bottle | | 277 | | | |
| | | | | | 8587 | 77509 | 86096 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 86096 | | | | | | 86096 | |
| | 2021.9.1 | bottle | | 277 | | | |
| | 2021.9.2 | bottle | | 277 | | | |
| | 2021.9.3 | bottle | | 277 | | | |
| | 2021.9.4 | bottle | | 277 | | | |
| | 2021.9.5 | bottle | | 277 | | | |
| | 2021.9.6 | bottle | | 277 | | | |
| | 2021.9.7 | bottle | | 277 | | | |
| | 2021.9.8 | bottle | | 277 | | | |
| | 2021.9.9 | bottle | | 277 | | | |
| | 2021.9.10 | bottle | | 277 | | | |
| | 2021.9.11 | bottle | | 277 | | | |
| | 2021.9.12 | bottle | | 277 | | | |
| | 2021.9.13 | bottle | | 277 | | | |
| | 2021.9.14 | bottle | | 277 | | | |
| | 2021.9.15 | bottle | | 277 | | | |
| | 2021.9.16 | bottle | | 277 | | | |
| | 2021.9.17 | bottle | | 277 | | | |
| | 2021.9.18 | bottle | | 277 | | | |
| | 2021.9.19 | bottle | | 277 | | | |
| | 2021.9.20 | bottle | | 277 | | | |
| | 2021.9.21 | bottle | | 277 | | | |
| | 2021.9.22 | bottle | | 277 | | | |
| | 2021.9.23 | bottle | | 277 | | | |
| | 2021.9.24 | bottle | | 277 | | | |
| | 2021.9.25 | bottle | | 277 | | | |
| | 2021.9.26 | bottle | | 277 | | | |
| | 2021.9.27 | bottle | | 277 | | | |
| | 2021.9.28 | bottle | | 277 | | | |
| | 2021.9.29 | bottle | | 277 | | | |
| | 2021.9.30 | bottle | | 277 | | | |
| | | | | | | | |
| | | | | | 8310 | 86096 | 94406 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 94460 | | | | | | 94460 | |
| | 2021.10.1 | bottle | | 277 | | | |
| | 2021.10.2 | bottle | | 277 | | | |
| | 2021.10.3 | bottle | | 277 | | | |
| | 2021.10.4 | bottle | | 277 | | | |
| | 2021.10.5 | bottle | | 277 | | | |
| | 2021.10.6 | bottle | | 277 | | | |
| | 2021.10.7 | bottle | | 277 | | | |
| | 2021.10.8 | bottle | | 277 | | | |
| | 2021.10.9 | bottle | | 277 | | | |
| | 2021.10.10 | bottle | | 277 | | | |
| | 2021.10.11 | bottle | | 277 | | | |
| | 2021.10.12 | bottle | | 277 | | | |
| | 2021.10.13 | bottle | | 277 | | | |
| | 2021.10.14 | bottle | | 277 | | | |
| | 2021.10.15 | bottle | | 277 | | | |
| | 2021.10.16 | bottle | | 277 | | | |
| | 2021.10.17 | bottle | | 277 | | | |
| | 2021.10.18 | bottle | | 277 | | | |
| | 2021.10.19 | bottle | | 277 | | | |
| | 2021.10.20 | bottle | | 277 | | | |
| | 2021.10.21 | bottle | | 277 | | | |
| | 2021.10.22 | bottle | | 277 | | | |
| | 2021.10.23 | bottle | | 277 | | | |
| | 2021.10.24 | bottle | | 277 | | | |
| | 2021.10.25 | bottle | | 277 | | | |
| | 2021.10.26 | bottle | | 277 | | | |
| | 2021.10.27 | bottle | | 277 | | | |
| | 2021.10.28 | bottle | | 277 | | | |
| | 2021.10.29 | bottle | | 277 | | | |
| | 2021.10.30 | bottle | | 277 | | | |
| | 2021.10.31 | | | 277 | | | |
| | | | | | 8587 | 94460 | 103047 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 103047 | | | | | | 103047 | |
| | 2021.11.1 | bottle | | 277 | | | |
| | 2021.11.2 | bottle | | 277 | | | |
| | 2021.11.3 | bottle | | 277 | | | |
| | 2021.11.4 | bottle | | 277 | | | |
| | 2021.11.5 | bottle | | 277 | | | |
| | 2021.11.6 | bottle | | 277 | | | |
| | 2021.11.7 | bottle | | 277 | | | |
| | 2021.11.8 | bottle | | 277 | | | |
| | 2021.11.9 | bottle | | 277 | | | |
| | 2021.11.10 | bottle | | 277 | | | |
| | 2021.11.11 | bottle | | 277 | | | |
| | 2021.11.12 | bottle | | 277 | | | |
| | 2021.11.13 | bottle | | 277 | | | |
| | 2021.11.14 | bottle | | 277 | | | |
| | 2021.11.15 | bottle | | 277 | | | |
| | 2021.11.16 | bottle | | 277 | | | |
| | 2021.11.17 | bottle | | 277 | | | |
| | 2021.11.18 | bottle | | 277 | | | |
| | 2021.11.19 | bottle | | 277 | | | |
| | 2021.11.20 | bottle | | 277 | | | |
| | 2021.11.21 | bottle | | 277 | | | |
| | 2021.11.22 | bottle | | 277 | | | |
| | 2021.11.23 | bottle | | 277 | | | |
| | 2021.11.24 | bottle | | 277 | | | |
| | 2021.11.25 | bottle | | 277 | | | |
| | 2021.11.26 | bottle | | 277 | | | |
| | 2021.11.27 | bottle | | 277 | | | |
| | 2021.11.28 | bottle | | 277 | | | |
| | 2021.11.29 | bottle | | 277 | | | |
| | 2021.11.30 | bottle | | 277 | | | |
| | | | | | | | |
| | | | | | 8310 | 103047 | 111357 |

# Bestone Inc

**Bill To: joon**
**Member:**

| | date | products | truck | palltes | | Balance | Total |
|---|---|---|---|---|---|---|---|
| 111357 | | | | | | 111357 | |
| | 2021.12.1 | bottle | | 277 | | | |
| | 2021.12.2 | bottle | | 277 | | | |
| | 2021.12.3 | bottle | | 277 | | | |
| | 2021.12.4 | bottle | | 277 | | | |
| | 2021.12.5 | bottle | | 277 | | | |
| | 2021.12.6 | bottle | | 277 | | | |
| | 2021.12.7 | bottle | | 277 | | | |
| | 2021.12.8 | bottle | | 277 | | | |
| | 2021.12.9 | bottle | | 277 | | | |
| | 2021.12.10 | bottle | | 277 | | | |
| | 2021.12.11 | bottle | | 277 | | | |
| | 2021.12.12 | bottle | | 277 | | | |
| | 2021.12.13 | bottle | | 277 | | | |
| | 2021.12.14 | bottle | | 277 | | | |
| | 2021.12.15 | bottle | | 277 | | | |
| | 2021.12.16 | bottle | | 277 | | | |
| | 2021.12.17 | bottle | | 277 | | | |
| | 2021.12.18 | bottle | | 277 | | | |
| | 2021.12.19 | bottle | | 277 | | | |
| | 2021.12.20 | bottle | | 277 | | | |
| | 2021.12.21 | bottle | | 277 | | | |
| | 2021.12.22 | bottle | | 277 | | | |
| | 2021.12.23 | bottle | | 277 | | | |
| | 2021.12.24 | bottle | | 277 | | | |
| | 2021.12.25 | bottle | | 277 | | | |
| | 2021.12.26 | bottle | | 277 | | | |
| | 2021.12.27 | bottle | | 277 | | | |
| | 2021.12.28 | bottle | | 277 | | | |
| | 2021.12.29 | bottle | | 277 | | | |
| | 2021.12.30 | bottle | | 277 | | | |
| | 2021.12.31 | bottle | | 277 | | | |
| | | | | | 8587 | 111357 | 119944 |